THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN E. BERRY, Appellant, against THOMAS McDONNELL, as Warden of the Penitentiary of the City of New York, Respondent.

Submitted October 3, 1951; decided October 11, 1951.

*John E. Berry,* in person, for motion.

No one opposed.

Motion denied. Appeal taken as of right dismissed upon the ground that no substantial constitutional questions are thereby presented.